COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jorge Rubio Mendoza v. The State of Texas

Appellate case number:   01-11-00940-CR
                             01-11-00941-CR

Trial court case number:  1251411

Trial court:               184th District Court of Harris County, Texas

Supplemental clerk's records complying with our Order of Abatement have been filed in this Court. Therefore, we order the appeals **reinstated**.

The trial court has ordered that the court reporter prepare and file the record at no charge to the appellant. The reporter's record is due **20 days from the date of this order**. *See* TEX. R. APP. P. 35.3(c).

Appellant's brief will be due 30 days from the date the complete reporter's record is filed in this Court, and appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6.

It is so ORDERED.

Judge's signature: /s/ Justice Evelyn V. Keyes
                        ☑ Acting individually   ☐ Acting for the Court

Date: August 28, 2012